### Arthur A. MAYERS, Appellant, v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Respondent.

#### No. 407.

Circuit Court of Appeals, Second Circuit.

May 6, 1935.

I. Jack London, of New York City (Jay Leo Rothschild, of New York City, of counsel), for appellant.

Cabell, Ignatius, Lown & Blinken, of New York City (James M. Lown and Joseph S. Catalano, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below (11 F. Supp. 80).

---

### C. Wilbur MILLER, O. E. Merrell, and Edwin H. Brown, Intervening Defendants, Appellants, v. Chester F. HOCKLEY, as Receiver of the SILICA GEL CORPORATION, Appellee.

#### No. 3798.

Circuit Court of Appeals, Fourth Circuit.

March 7, 1935.

Wm. Burnet Wright, of Washington, D. C., and Lester H. Crowther and Karr & Colgan, all of Baltimore, Md., for appellants.

G. Ridgely Sappington, of Baltimore, Md., for appellee.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.